UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05CR 10054 PBS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.:_____ |
| ) | 05-M-0408-RBC |
| JOSE RODRIGUES DE REZENDE, ) | Count 1: 18 U.S.C. § 1028(a)(5) |
| Defendant. ) | Production, Transfer, or |
| ) | Possession of a Document-Making |
| ) | Implement |

### INFORMATION

**COUNT ONE**: 18 U.S.C. §1028(a)(5) – Production, Transfer, or Possession of a Document-Making Implement

The United States Attorney charges that:

On or about February 23, 2005, in Somerville, Massachusetts, in the District of Massachusetts,

**JOSE RODRIGUES DE REZENDE,**

the defendant herein, did knowingly possess a document-making implement, to wit, computer software designed specifically for the production of fraudulent alien registration cards and social security cards, with the intent that such document-making implement be used in the production of a false identification document.

All in violation of Title 18, United States Code, §1028(a)(5).

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

By: _____
Paul R. Moore
Assistant United States Attorney

Date:   March 10, 2005

JS 45 (5/97) - (Revised USAO MA 3/25/02)

05CR 10054 PBS

# Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:**                    Category No. III            Investigating Agency  ICE

**City**  Somerville                     **Related Case Information:**

**County**  Middlesex                    Superseding Ind./ Inf. _____   Case No. _____
                                         Same Defendant  x  _____       New Defendant _____
                                         Magistrate Judge Case Number  05-M-0408-RBC
                                         Search Warrant Case Number  _____
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUES DE REZENDE             Juvenile  [ ] Yes  [x] No

Alias Name  unknown

Address  48 Orange Street, Attleboro, Massachusetts

Birth date: 1970    SS#: unknown    Sex: M    Race: Caucasian    Nationality: Brazilian

Defense Counsel if known:  David J. Apfel          Address: Goodwin Procter, LLP
                                                            Exchange Place, Boston, MA 02109
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Paul R. Moore                                  Bar Number if applicable  632312

Interpreter: [x] Yes  [ ] No      List language and/or dialect:  Portugese

Matter to be SEALED:  [ ] Yes  [x] No

[ ] Warrant Requested        [ ] Regular Process        [x] In Custody

**Location Status:**

Arrest Date:  February 23, 2005

[x] Already in Federal Custody as of  Feb. 23, 2005   in  custody of USMS  .
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____   on _____

Charging Document:  [ ] Complaint   [x] Information   [ ] Indictment

Total # of Counts:  [ ] Petty   [ ] Misdemeanor   [ ] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  March 10, 2005        Signature of AUSA:

05cr10054PBS

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE RODRIGUES DE REZENDE

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1028(a)(5) | Transfer and Possession of Doc-Making Implement | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number**  (To be filled in by deputy clerk):_____

**Name of Defendant**     JOSE RODRIGUES DE REZENDE

js45 - Poss and Transf of Doc Making Implement - De Rezende.wpd - 3/13/02