Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

In Open Court
USDC, Mass.
Date 3/17/05
By ____

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 05-10054-PBS |
| | ) | |
| JOSE RODRIGUES DE REZENDE | ) | |

## WAIVER OF INDICTMENT

I, **JOSE RODRIGUES DE REZENDE**, the above-named defendant, who is accused of knowingly transferring and possessing a document-making implement with the intent that such document-making implement would be used in the production of a false identification document, on February 23, 2005, in violation of Title 18, United States Code, Section 1028(a)(5), being advised of the nature of the charge(s), the proposed Information, and my rights, hereby waive in open court on <u>March 18, 2005</u> prosecution by indictment and consent that
*(Date)*
the proceeding may be by Information instead of by Indictment.

_____
JOSE RODRIGUES DE REZENDE
Defendant

_____
David J. Apfel, Esq.
Counsel for the Defendant

Before: _____
Hon. Patti B. Saris
United States District Judge
District of Massachusetts