# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES
v.
JOSE RODRIGUEZ DEREZENDE

**WITNESS LIST**

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | PAUL MOORE | DAVID APFEL |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4-6-05 | MARIE CLOONAN | ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 4-6-05 |  |  | WARALLY GEBER OLIVEIRA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages