UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE RODRIGUES DE REZENDE<br><br>Defendant. | Criminal Action No. 05-10054-PBS |

### STIPULATION OF PARTIES TO THE ENTRY OF A
### JUDICIAL ORDER OF REMOVAL FROM THE UNITED STATES, AND
### WAIVER BY DEFENDANT OF HIS RIGHT TO CONTEST DEPORTATION

Pursuant to 8 U.S.C. § 1228(c)(5), the United States Attorney and the Defendant Mr. Jose Rodrigues de Rezende hereby stipulate to the entry of a judicial order of removal from the United States as a condition of Mr. de Rezende's supervised release. Mr. de Rezende, a citizen of Brazil, also waives his right to contest deportation, and agrees to his expeditious removal from the United States and to his deportation to Brazil immediately following the end of his term of incarceration. (A proposed Judicial Order of Removal from the United States to Brazil is attached.)

Respectfully submitted,

| JOSE RODRIGUES DE REZENDE | UNITED STATES OF AMERICA |
|---|---|
| By his attorney, | By its attorney, |
| | |
| /s/ David J. Apfel | /s/ Paul R. Moore |
| David J. Apfel (BBO # 551139) | Paul R. Moore, Ass't U.S. Att'y |
| GOODWIN PROCTER LLP | United States Attorney's Office |
| Exchange Place | District of Massachusetts |
| Boston, MA 02109-2881 | United States Courthouse, Suite 9200 |
| 617.570.1000 | 1 Courthouse Way |
| | Boston, MA 02210 |
| | 617.748.3100 |

Dated: April 7, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE RODRIGUES DE REZENDE<br><br>Defendant. | Criminal Action: No. 05-10054-PBS |

### JUDICIAL ORDER OF REMOVAL FROM THE UNITED STATES TO BRAZIL

Having reviewed the Stipulation of Parties to the Entry of a Judicial Order of Removal from the United States, and the Waiver by Defendant of His Right to Contest Deportation, and pursuant to the authority granted to the United States district court by 8 U.S.C. §1228(c)(5), I hereby impose as a condition of Mr. de Rezende's supervised release in this matter that he be deported to Brazil immediately following the completion of his three month term of incarceration, which began on February 23, 2005 and will be completed no later than May 23, 2005.

SO ORDERED.

_____
PATTI B. SARIS
United States District Court Judge

Dated: April __, 2005

LIBA/1526830.1