UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE RODRIGUES DE REZENDE<br><br>Defendant. | Criminal Action: No. 05-10054-PBS |

## JUDICIAL ORDER OF REMOVAL FROM THE UNITED STATES TO BRAZIL

Having reviewed the Stipulation of Parties to the Entry of a Judicial Order of Removal from the United States, and the Waiver by Defendant of His Right to Contest Deportation, and pursuant to the authority granted to the United States district court by 8 U.S.C. §1228(c)(5), I hereby impose as a condition of Mr. de Rezende's supervised release in this matter that he be deported to Brazil immediately following the completion of his three month term of incarceration, which began on February 23, 2005 and will be completed no later than May 23, 2005.

SO ORDERED.

PATTI B. SARIS
United States District Court Judge

Dated: April 13, 2005

LIBA/1526830.1