UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                    CRIMINAL NO.   05-10054-PBS

JOSE RODRIGUES DE REZENDE
  Defendant

MEMORANDUM OF SENTENCING HEARING
AND
REPORT OF STATEMENT OF REASONS

Saris, D.J.

    Counsel and the defendant were present for sentencing hearing on  4/6/05   The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines.  The reasons for sentence were stated in open court.

1.(a)   Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

    _____ yes    X   no

(b)   If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

2.   Are any legal issues in dispute?

      X   yes    _____ no

If yes, describe disputed issues and their resolution:

THE DEFENDANT OBJECTS TO ANY ENHANCEMENT FOR OBSTRUCTION OF JUSTICE. AFTER AN EVIDENTIARY HEARING, I FIND THERE WAS NO OBSTRUCTION OF JUSTICE.

2.(a)   Tentative findings as to advisory guidelines are:

Total Offense Level:  9

Criminal History Category:  I

  4   to   10   months imprisonment

  24   to   36   months supervised release

$ 1,000   to  $ 10,000   fine

                    (plus $_____ cost of
                        imprisonment/supervision)

    $_____ restitution

    $ __100.00_____ special assessment ($_____ on each of counts _____)

   (b)   Are there any legal objections to tentative findings?

        __X__ yes  _____ no

3.(a)   Remarks by counsel for defendant.[1]

        __X__ yes  _____ no

   (b)   Defendant speaks on own behalf.

        __X__ yes  _____ no

   (c)   Remarks by counsel for government.

        __X__ yes  _____ no

4.(a)   The sentence will be imposed as follows:

    _____3_____ months imprisonment

    _____ months/intermittent community confinement

    _____ months probation

    _____24_____ months supervised release

    $ _____ fine (including cost of imprisonment/supervision)

    $_____ restitution

    $ __100.00_____ special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.):

- WHEN DEPORTED, DEFENDANT SHALL NOT RETURN TO THE UNITED STATES WITHOUT THE LAWFUL AUTHORITY OF THE DEPARTMENT OF HOMELAND SECURITY.

   (b)   After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

    5.       Statement of reasons for imposing sentence.
Check appropriate space.

  (a)\_\_\_ Sentence is within the advisory guideline range

  (b)\_\_\_ Sentence departs from the advisory guideline range as a result of:

      \_\_\_ substantial cooperation upon motion of the government

OR

      \_\_\_ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

6.(a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

       \_\_\_ yes    **X**  no

(b) If no, why is the guideline sentence unreasonable?

(c) Is restitution applicable in this case?

       \_\_\_ yes    **X**  no

Is full restitution imposed?

       \_\_\_ yes    **X**  no

If no, less than full restitution is imposed for the following reasons:

I VARIED THE SENTENCE FROM FOUR MONTHS TO THREE MONTHS TO TAKE INTO ACCOUNT THE CHARACTERISTICS OF THE DEFENDANT, AN ILLEGAL ALIEN WHO HAS NO PRIOR RECORD. HE WAS WORKING TWO MENIAL JOBS TO SEND MONEY BACK TO HIS WIFE AND CHILD IN BRAZIL. WHILE, IN THIS COUNTRY, HE WENT TO SCHOOL AND VOLUNTEERED AS A PEER INSTRUCTOR TO HELP OTHER IMMIGRANTS IMPROVE THEIR ENGLISH.

(d) Is a fine applicable in this case?

    **X**   yes   \_\_\_ no

Is the fine within the guidelines imposed?

        \_\_\_\_\_ yes     **X**   no

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

**X**   Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

**X**   Imposition of a fine would unduly burden the defendant's dependents; OR

\_\_\_ Other reasons as follows:

7. Was a plea agreement submitted in this case?

    **X**   yes     \_\_\_\_\_ no

8. The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9. Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____           S/PATTI B. SARIS
**Date**                                 **United States District Judge**